```
STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DAVID E. PINCHAS (Cal. Bar No. 130751)
Assistant United States Attorney
        Federal Building, Suite 7516
        300 North Los Angeles Street
        Los Angeles, California 90012
        Telephone: (213) 894-2920
        Facsimile: (213) 894-7819
        E-mail: david.pinchas@usdoj.gov

Attorneys for Defendant,
United States of America
```

JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| JOSE VILLASENOR CASTELLANOS; HECTOR ALQUISIRA SALDANA,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. SA CV 14-785 SJO (RNBx)<br><br>ORDER AND JUDGMENT DISMISSING ACTION |

Pursuant to the parties' Stipulation for Compromise Settlement and Release of all Claims and good cause appearing, Plaintiffs' Complaint and action are hereby DISMISSED WITH PREJUDICE, each party to bear his or its respective fees, costs and expenses. IT IS SO ORDERED AND ADJUDICATED.

Dated: 2/22/15

*S. James Otero*

United States District Judge